# United States District Court
# Central District of California

| | |
|---|---|
| MARIA AMARO,<br><br>            Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:18-cv-01188-ODW (RAOx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice; and
3. Defendant shall recover costs from Plaintiff.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 9, 2019

                                                      _____
                                                              **OTIS D. WRIGHT, II**
                                         **UNITED STATES DISTRICT JUDGE**